**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Michael Aaron LITTLE, Defendant—**
**Appellant.**

**No. 04–7302.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 23, 2004.

Decided Jan. 19, 2005.

Michael Aaron Little, Appellant pro se. Yvonne Victoria Watford–McKinney, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Michael Aaron Little appeals the district court's order denying his motion to modify his sentence pursuant to 18 U.S.C. § 3582 (2000). We have reviewed the record and find no abuse of discretion. Accordingly, we affirm on the reasoning of the district court. *See United States v. Little*, Nos. CR–99–132; CA–01–702 (E.D.N.C. July 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*